159 A.3d 883

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. LORI A. HUMMEL, DEFENDANT–PETITIONER.

February 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002412–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

159 A.3d 883

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. GINO N. DISTEFANO (A/K/A GINO N. DISTEPHANO, NICK DISTEFFANO, GINO N. DISTEFFANO AND NICK DISTEFANO), DEFENDANT–PETITIONER.

February 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000046–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.